## Hastings Unemployment Compensation Case.

Argued November 10, 1964. *John O. Hastings*, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Hennessy Unemployment Compensation Case.

Argued November 10, 1964. *John F. Hennessy*, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.